IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Donna Miller, r,                    :

        Plaintiff,                :

    v.                           :    Case No. 2:12-cv-1148

Ruby Lipscomb, et al.,              :    JUDGE GEORGE C. SMITH
                                         Magistrate Judge Kemp
        Defendants.               :

<u>ORDER</u>

    This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on December 24,
2012.  No objections have been filed to the Report and
Recommendation.  Therefore, the Court ADOPTS the Report and
Recommendation.  This action is dismissed under 28 U.S.C.
§1915(e) as frivolous and for lack of subject matter
jurisdiction.

    **IT IS SO ORDERED**.


                                */s/ George C. Smith*
                                George C. Smith
                                United States District Judge