IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donna Miller, r,                     :

    Plaintiff,               :

  v.                                 :   Case No. 2:12-cv-1148

Ruby Lipscomb, et al.,       :   JUDGE GEORGE C. SMITH
                                       Magistrate Judge Kemp
    Defendants.              :

ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 24, 2012.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  This action is dismissed under 28 U.S.C. §1915(e) as frivolous and for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**

                                              */s/ George C. Smith*
                                              George C. Smith
                                              United States District Judge